828

No. 199. AMERICAN UNION TRANSPORT, INC., *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George F. Galland* and *William J. Lippman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Daniel M. Friedman, E. Robert Seaver, Robert E. Mitchell* and *Edward Aptaker* for the United States and the Federal Maritime Board, and *Elmer C. Maddy* for the River Plate & Brazil Conferences et al., respondents.

No. 200. ILLINOIS EX REL. KEENAN *v.* McGUANE ET AL. Supreme Court of Illinois. Certiorari denied. *L. Louis Karton* for petitioner. *Benjamin S. Adamowski* for respondents.

No. 204. GIBRAN *v.* NATIONAL COMMITTEE OF GIBRAN ET AL. C. A. 2d Cir. Certiorari denied. *Victor House* for petitioner. *George G. Shiya* for the National Committee of Gibran, respondent.

No. 205. KIEFER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Claude L. Dawson* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Robert S. Green* for the United States.

No. 207. GRANT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Bert C. Cheatham* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.